

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00230-CV

Kristen **SULLIVAN** d/b/a Celia's Closet,
Appellant

v.

Joe Mathews **POUND** and the Estate of Celia H. Pound,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17161A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees Joe Mathews Pound and the Estate of Celia H. Pound recover their costs on appeal from Appellant Kristen Sullivan d/b/a Celia's Closet.

SIGNED August 25, 2021.

_____
Irene Rios, Justice